AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendant,*
*Dr. Carol Alley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY MORAGA,<br><br>            Plaintiff,<br><br>vs.<br><br>DR. ALLEY, et al.,<br><br>            Defendants. | Case No. 3:19-cv-00654-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Roy Moraga, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///
///

1   This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2   between parties. Each party will bear its own attorney's fees and costs, if any.

3   DATED this 27th of Oct 2020.

AARON D. FORD
Attorney General

By: _____

ROY MORAGA
*Plaintiff*

DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

**DATED:** 11/6/2020

2